# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00387-CV

---

**In re Brandy Gayle Self**

---

## ORIGINAL PROCEEDING FROM COMAL COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied in part, and relator's request for emergency relief is dismissed as moot. *See* Tex. R. App. P. 52.8(a). To the extent that relator seeks issuance of a writ of mandamus for matters not currently before us or against the Comal County Tax Assessor-Collector and certain "mortgage holder[s]," we dismiss the petition for want of jurisdiction. *See* Tex. Gov't Code § 22.221(b); *Gregory v. Stetson*, 133 U.S. 579, 586 (1890) ("It is an elementary principle that a court cannot adjudicate directly upon a person's right without having him either actually or constructively before it. This principle is fundamental."). Additionally, we strike relator's mandamus record, as it contains unredacted sensitive data. *See In re Popov*, No. 05-24-00493-CV, No. 05-24-00494-CV, 2024 WL 2150028, at *1 (Tex. App.—Dallas May 14, 2024, orig. proceeding) (mem. op.); *In re Baron*, No. 04-21-00263-CV, 2021 WL 3057487, at *1 (Tex. App.—San Antonio July 21, 2021, orig. proceeding) (mem. op.) (per curiam).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Filed:   April 30, 2026